# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 18, 2025

Lyle W. Cayce
Clerk

———————

No. 24-40686
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Juan Pablo Ramirez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:23-CR-67-1

———————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:*

We previously affirmed Juan Pablo Ramirez's conviction but issued a limited remand for the purpose of correcting a clerical error in the judgment. *See United States v. Ramirez*, No. 23-40599, 2024 WL 3833284 (5th Cir. Aug. 15, 2024) (unpublished). That error was corrected on remand and an amended judgment entered. Ramirez now asserts that the district court erred

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40686

by denying his motion to correct a new clerical error in the amended judgment. Applying de novo review, *United States v. Mackay*, 757 F.3d 195, 197 (5th Cir. 2014), we find no error.

AFFIRMED.